396 A.2d 824

Commonwealth v. Johnson, Appellant.

Argued October 23, 1978. Joel M. Dresbold, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

396 A.2d 825

Commonwealth v. McLean, Appellant.

Argued October 25, 1978. Terry K. Wheeler, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.